BERT A. KOEHNLE, Respondent, v. COLONIAL MOTOR COACH CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs.

WILBUR K. RAKER, Respondent, v. W. M. WHITNEY & COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. McNamee, J., not voting.

JOSEPH E. CORRIGAN, Appellant, v. STATE OF NEW YORK, Respondent.*— Judgment unanimously affirmed, with costs. McNamee, J., not voting.

CHARLES W. HOTALING, Respondent, v. THE VILLAGE OF COBLESKILL, NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. McNamee, J., not voting.

WELLINGTON KENWELL, Appellant, v. CLARENCE F. LEE, as Supervisor of the Town of Inlet, Hamilton County, N. Y., and Others, Constituting the Town Board of Said Town of Inlet, Hamilton County, N. Y., and Others, Respondents.†— Judgment unanimously affirmed, with costs, on the authority of Matter of Syracuse, B. & N. Y. R. R. Co. v. Van Amburgh (223 App. Div. 485); Matter of Supers. of Ontario Co. v. W. P. & C. Comm. (227 id. 345). McNamee, J., not voting. [142 Misc. 413.]

In the Matter of the Application of DAVID L. BEATTIE, Respondent, for an Order of Mandamus against THE BOARD OF SUPERVISORS OF RENSSELAER COUNTY and FRANK ROSHIRT, Appellants.— Order modified so as to grant the petition to the extent of directing an alternative order of mandamus, with costs to abide the event. Question of fact is to be determined as follows: Whether the petitioner has filed the constitutional oath and bond, as required in section 30 of the Civil Service Law.‡ All concur. McNamee, J., not voting.

ARTHUR WILLIS and Others, Appellants, v. FRANK SHAW and Others, Individually and Collectively Constituting the Board of Fire Commissioners of Fire District No. 4 of the Town of Schaghticoke, Rensselaer County, New York, and Others, Respondents.— Order unanimously affirmed, with costs. McNamee, J., not voting.

In the Matter of the Application of the TOWN OF WOODBURY, in the County of Orange, State of New York, and of WILLIAM A. MCCLELLAN and Others, Constituting the Board of Health of Said Town, Petitioners, for a Certiorari Order against MATTHIAS NICOLL, JR., and Others, Constituting the Board of Appeals Provided under Section 319 of the Public Health Law§ of the State of New York, Defendants.— Determination confirmed, with fifty dollars costs and disbursements. All concur, except Hinman, J., who dissents and votes to annul the determination and to remit the matter, on the ground that the board of appeals misconceived its powers when it refused to determine any question except whether the site was suitable to the hospital; there being a further duty on the part of the board to determine whether the hospital should be established in the particular town proposed by the petition. McNamee, J., not voting.

* Affd., 260 N. Y. 645. † Revd., 261 N. Y. 113.

‡ Added by Laws of 1917, chap. 574. See Public Officers Law, § 30, subd. 8, as amd. by Laws of 1920, chap. 259.— [REP.

§ Amd. by Laws of 1926, chap. 186.— [REP.